₁ (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| Bradley Laurent | ) Case No. _____ |
| _____ | ) |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* ☐ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
|  | ) |
|  | ) |
| Walmart Store east, LP #1873 | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

**FILED**

APR 25 2025

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bradley Laurent |
| Street Address | 3136 Tyson Ave |
| City and County | Philadelphia, PA |
| State and Zip Code | 19149 |
| Telephone Number | 445 285-9479 |
| E-mail Address | laurentBradley0@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                      Wal-Mart Store East, LP.

    Job or Title *(if known)*

    Street Address           702 SW 8th Street, Br.

    City and County          Bentonville

    State and Zip Code      AR 72716

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                      Walmart Store #1873

    Job or Title *(if known)*

    Street Address            1776 Plainfield Pike

    City and County          Cranston

    State and Zip Code      RI 02921

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Americans With Disabilities Act (ADA), 42 USC

Title VII of the Civil Right Act of 1964, 42 USC

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* Bradley Laurent , is a citizen of the State of *(name)* Pennsylvania .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

    and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* Melissa White , is a citizen of the State of *(name)* Kentucky . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)* Wal-Mart Store east, LP , is incorporated under

the laws of the State of *(name)* Delaware                            , and has its

principal place of business in the State of *(name)* Arkansas                    .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in Controversy exceeds 75,000 as I am seeking $10,000,000 in Compensatory damages and $389 Million in Punitive damages For the harm caused by Defendants' action.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/25/2025

Signature of Plaintiff

Printed Name of Plaintiff    Bradley Laurent

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Bradley Laurent,

3136 Tyson Ave, Philadelphia, PA 19148

Email: laurentbradley0@gmail.com

Plaintiff, Pro Se

v.

Wal-Mart Stores East, LP,

702 SW 8th Street, Bentonville, AR 72716

Walmart Store #1873,

1776 Plainfield Pike, Cranston, RI 02921

CT Corporation (Service Agent for Walmart),

450 Veterans Memorial Parkway, Suite 7A, East Providence, RI 02914

Melissa White, Case Manager III,

P.O. Box 14731, Lexington, KY 40512-4731

Stephen J. Dennis, Law Office of Stephen J. Dennis,

Providence, RI (address to be confirmed)

Charles Garganese Jr., Law Offices of Charles Garganese Jr., LLC,

56 Pine Street, Suite 3A, Providence, RI 02903

Concentra Urgent Care, American Current Care P.A., Dr. Mladen Kolovrat,

290 Branch Avenue, Providence, RI 02904

Defendants.

## COMPLAINT AND DEMAND FOR JURY TRIAL

## I. INTRODUCTION

1.  This is a unified civil action seeking compensatory and punitive damages for discrimination, retaliation, wrongful termination, failure to provide reasonable accommodations under the ADA, legal malpractice, professional negligence, and medical malpractice. Plaintiff Bradley Laurent, a Black Haitian-American with a record of disability, suffered injury, employment discrimination, legal abandonment, and medical neglect, compounding harm across employment, legal, and healthcare systems.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction) for claims arising under Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.) and the Americans with Disabilities Act (ADA) (42 U.S.C. § 12101 et seq.). Supplemental jurisdiction exists over related state law claims under 28 U.S.C. § 1367.

3. Venue is proper under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to this action occurred in Rhode Island.

## III. PARTIES

4. Plaintiff Bradley Laurent is an individual residing at 3136 Tyson Ave, Philadelphia, PA 19148.

5. Defendant Wal-Mart Stores East LP is a corporation with its principal place of business at 702 SW 8th Street, Bentonville, AR 72716.

6. Defendant Walmart Store #1873 is located at 1776 Plainfield Pike, Cranston, RI 02921.

7. Defendant Melissa White is an employee of Walmart serving as Case Manager III and Litigation Manager.

8. Defendant Stephen J. Dennis is an attorney licensed in Rhode Island with offices at Law Office of Stephen J. Dennis, Providence, RI.

9. Defendant Law Office of Stephen J. Dennis is a legal entity through which Mr. Dennis practices law.

10. Defendant Charles Garganese Jr. is an attorney licensed in Rhode Island with offices at Law Offices of Charles Garganese Jr., LLC, 56 Pine Street, Suite 3A, Providence, RI 02903.

11. Defendant Law Offices of Charles Garganese Jr., LLC is a legal entity through which Mr. Garganese practices law.

12. Defendant Concentra Urgent Care is located at 290 Branch Avenue, Providence, RI 02904.

13. Defendant American Current Care P.A., d/b/a Concentra Urgent Care.

14. Defendant Dr. Mladen Kolovrat is a physician employed by Concentra Urgent Care.

## IV. FACTUAL BACKGROUND

15. On September 7, 2023, Plaintiff began working as a Stocker Associate at Walmart Store #1873 in Cranston, Rhode Island.

16. On September 27, 2023, while performing his duties, Plaintiff sustained a workplace injury when a jar of mustard fell from a shelf and struck his head and neck, causing headaches, dizziness, tinnitus, neck/back pain, and later diagnosed post-concussion syndrome and myoclonus.

17. Plaintiff immediately reported the injury to his supervisor and sought treatment at Concentra Urgent Care as directed by Walmart. Medical records confirm diagnoses of cervical strain and contusion of scalp on October 2, 2023, with the patient reporting losing 10 days of work due to the injury and being prescribed physical therapy.

18. Plaintiff requested reasonable accommodations from Walmart, including light duty or medical leave, but was denied. On October 12, 2023, Melissa White denied his workers' compensation claim, stating it "did not meet requirements," and dismissed the injury's severity with the remark, "I don't think a jar of mustard caused that damage."

19. On October 19, 2023, Plaintiff was terminated for alleged "No Call, No Show" despite proper notification of his medical condition to both his manager and case manager.

20. Plaintiff retained Attorney Stephen J. Dennis in December 2023 for workers' compensation, but Mr. Dennis failed to file timely, neglected evidence, and withdrew without securing benefits by March 2024, breaching fiduciary duty.

21. Plaintiff then retained Charles Garganese Jr. in November, 2023, who committed legal negligence by misrepresenting injury scope and failing to advocate effectively until April 2024.

22. A neurologist diagnosed post-concussion syndrome, confirming ongoing symptoms. Plaintiff attempted to return to work on October, 2023, but ongoing issues persisted.

23. Plaintiff filed discrimination charges with RICHR on July 8, 2024, and September 8, 2024, against Concentra, receiving Right to Sue notices on February 26, 2025, and September 28, 2024, respectively, exhausting administrative remedies.

## V. LEGAL CLAIMS

### Count I: Race, Color, and National Origin Discrimination (Title VII and RIFEPA) - Against Wal-Mart Stores East, LP and Melissa White

24. Plaintiff, as a Black Haitian-American, was subjected to racial taunts such as "Haitian Harry" by coworkers, reported to HR in June 2023 with no action taken. After his injury, he was treated less favorably than non-minority employees who were injured, as they received better accommodations and were not terminated. Melissa White's remark "I don't think a jar of mustard caused that damage" dismissed the severity of Plaintiff's injury without medical basis, contributing to the denial of his workers' compensation claim and reflecting a pattern of unequal treatment, violating 42 U.S.C. § 2000e-2 and R.I. Gen. Laws § 28-5-7.

### Count II: Disability Discrimination and Failure to Accommodate (ADA and RIFEPA) - Against Wal-Mart Stores East, LP and Melissa White

25. Plaintiff's post-concussion syndrome is a disability under 42 U.S.C. § 12102 and R.I. Gen. Laws § 28-5-6. Defendants discriminated by denying accommodations, such as light duty or medical leave, and terminating him on October 19, 2023, violating 42 U.S.C. § 12112 and R.I. Gen. Laws § 28-5-7.

### Count III: Retaliation (Title VII and ADA) - Against Wal-Mart Stores East, LP and Melissa White

26. Defendants retaliated for Plaintiff's injury reports and accommodation requests by canceling his workers' compensation claim on October 12, 2023, and terminating him on October 19, 2023, violating 42 U.S.C. § 2000e-3, 42 U.S.C. § 12203, and R.I. Gen. Laws § 28-5-7, due to the temporal proximity and pattern of adverse actions following protected activities.

### Count IV: Wrongful Termination - Against Wal-Mart Stores East, LP

27. Walmart's termination on October 19, 2023, violated public policy and R.I. Gen. Laws § 28-5-7, as it was based on Plaintiff's disability and protected activities, without just cause, reflecting retaliatory and discriminatory motives.

**Count V: Legal Malpractice - Against Stephen J. Dennis and Law Office of Stephen J. Dennis**

28. Defendants failed to represent Plaintiff competently in his workers' compensation claim from December 2023 to March 2024, breaching their duty of care by failing to file timely petitions and neglecting evidence, causing delay in benefits under Rhode Island law.

**Count VI: Breach of Fiduciary Duty - Against Stephen J. Dennis and Law Office of Stephen J. Dennis**

29. Defendants breached fiduciary duties by prioritizing their interests, such as delaying action to avoid complex litigation, over Plaintiff's from December 2023 to March 2024, causing harm under Rhode Island law.

**Count VII: Legal Negligence - Against Charles Garganese Jr., Law Offices of Charles Garganese Jr., LLC**

30. Defendants failed to provide competent legal services in Plaintiff's workers' compensation case from January 2024 to April 2024, misrepresenting injury scope and failing to advocate, resulting in harm under Rhode Island law.

**Count VIII: Medical Malpractice - Against Concentra Urgent Care/American Current Care P.A., Dr. Mladen Kolovrat**

31. Defendants provided negligent medical care by misdiagnosing Plaintiff's condition on October 2 and 17, 2023, limiting treatment to therapy, and failing to order necessary diagnostic tests or refer to specialists, violating Rhode Island medical standards and causing delayed recovery.

**VI. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Compensatory damages exceeding $10 million for lost wages, medical expenses, emotional distress, and other losses.

B. Punitive damages exceeding $389 million to punish Defendants' willful misconduct.

C. Injunctive relief including disciplinary review of attorneys and doctor.

D. Costs of this action and any other relief the Court deems just.

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,
Bradley Laurent
Plaintiff, Pro Se
3136 Tyson Ave
Philadelphia, PA 19148
Date: April 11, 2025

**Motion to Proceed In Forma Pauperis**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**Bradley Laurent,**
**Plaintiff,**
**v.**
**Wal-Mart Stores East, LP, et al.,**
**Defendants.**

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff Bradley Laurent respectfully moves this Court for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a), as he is unable to pay the filing fee due to his financial circumstances since being terminated from employment on October 19, 2023. Plaintiff certifies that he is currently unemployed and has insufficient funds to pay the filing fee without undue hardship. Plaintiff requests that the Court waive the filing fee and allow him to proceed without prepayment of costs or fees.

**AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Bradley Laurent, being duly sworn, depose and state:

1. I am the Plaintiff in the above-captioned matter.

2. My current address is 3136 Tyson Ave, Philadelphia, PA 19148.

3. I am currently unemployed and have no source of income since my termination on October 19, 2023.

4. My monthly expenses include rent ($800), utilities ($200), food ($300), and medical bills ($200), totaling approximately $1,500.

5. I am unable to pay the filing fee without significant financial hardship.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

**Date:** April 11, 2025

**Signature:**

Bradley Laurent